UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUB DONATELLO OWNERS ASSOCIATION,<br><br>        Plaintiff(s),<br><br>v.<br><br>GRINNELL CORP.,<br><br>        Defendant(s).<br>_____/ | No. C-05-2696 JCS<br><br>**ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR FAILURE TO FILE ACTION WITHIN THE APPLICABLE STATUTE OF LIMITATIONS PERIOD [Docket No. 5]** |

On July 8, 2005, Defendant filed a Motion to Dismiss Complaint for Failure to File Action Within the Applicable Statute of Limitations Period ("the Motion"). The Motion was noticed for hearing on August 19, 2005. Pursuant to Civil Local Rule 7-3, Plaintiff was required to file an Opposition to the Motion no later than July 29, 2005. To date, no Opposition has been filed. Accordingly, the Motion is GRANTED on the basis that it is unopposed. The action is dismissed, in its entirety, with prejudice.[1]

IT IS SO ORDERED.

Dated: August 10, 2005

                                                _____
                                                JOSEPH C. SPERO
                                                United States Magistrate Judge

---

[1] The parties have consented to the jurisdiction of the undersigned magistrate judge. Therefore, this Court has jurisdiction over the action pursuant to 28 U.S.C. § 636(c).